CITIZENS & SOUTHERN NATIONAL BANK, as Executor of the Estate of Asa G. Candler, Deceased, Appellant, v. J. T. ROSE, Collector of Internal Revenue, Appellee.

CITIZENS & SOUTHERN NATIONAL BANK, as Executor of the Estate of Asa G. Candler, Deceased, Appellant, v. A. O. BLALOCK, Collector of Internal Revenue, Appellee.

Nos. 7753, 7754.

Circuit Court of Appeals, Fifth Circuit.

Dec. 5, 1935.

Harold Hirsch and M. E. Kilpatrick, both of Atlanta, Ga., and John E. McClure, of Washington, D. C., for appellant.

Helen R. Carloss and Sewall Key, Sp. Assts. to Atty. Gen., Frank J. Wideman, Asst. Atty. Gen., and M. Neil Andrews, Asst. U. S. Atty., of Atlanta, Ga., for appellees.

Before HUTCHESON and WALKER, Circuit Judges, and HOLMES, District Judge.

PER CURIAM.

In accordance with the stipulation on file, the judgments in each of the above-entitled causes are, on the authority of John S. Candler v. J. T. Rose, Collector of Internal Revenue (C.C.A.) 80 F.(2d) 407, decided December 4, 1935, reversed and the causes are remanded for further proceedings.